**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-01473-GPG

MARCELO RAMIREZ VILLASENOR,

     Petitioner,

v.

JUAN BALTAZAR,
  *in his official capacity as Warden of the ICE Denver Contract Detention Facility*,
GEORGE VALDEZ,
  *in his official capacity as Acting Field Office Director of Denver Field Office of the United States Immigration and Customs Enforcement, Enforcement and Removal Operations*,
MARKWAYNE MULLIN,
  *in his official capacity as Secretary of Homeland Security*, and
TODD BLANCHE,
  *in his official capacity as Acting Attorney General of the United States*,

     Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Federal Rules of Civil Procedure 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [D. 9] entered by United States District Judge Gordon P. Gallagher on April 21, 2026, supplemented by Status Reports [D. 10, 14, 17] by Petitioner and Respondents, and updated by the Joint Motion [D. 21], it is

ORDERED that the Respondents have complied with the Order [D. 9] and Respondent was released on a $2,500 bond. It is further

ORDERED that Petitioners Bond was accepted and no issues remain. It is further

ORDERED that this case is closed.

DATED at Grand Junction, Colorado, this 2nd  day of July 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By:      s/D. Clement
         Deputy Clerk